**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**


| | |
|---|---|
| **ALESSIO EMANUEL** | ] |
| **Plaintiff,** | ] |
| | ] |
| **v.** | ]          No. 3:13-0726 |
| | ]          Judge Campbell |
| **STATE OF TENNESSEE** | ] |
| **Defendant.** | ] |


**O R D E R**


The Court has before it a *pro se* civil rights complaint (Docket Entry No.1) and an application to proceed in forma pauperis (Docket Entry No.2).

It appears from the application that the plaintiff lacks sufficient financial resources from which to pay the $400.00 filing fee. Accordingly, plaintiff's application to proceed in forma pauperis is GRANTED. 28 U.S.C. § 1915(a).

In accordance with the Memorandum contemporaneously entered, the complaint fails to state a claim upon which relief can be granted. Consequently, the instant action is hereby DISMISSED. 28 U.S.C. § 1915(e)(2).

An appeal of the judgment rendered herein would not be taken in good faith. Coppedge v. United States, 369 U.S. 438, 445-446 (1962). Therefore, the plaintiff is NOT certified to pursue an

appeal of this judgment in forma pauperis. 28 U.S.C. § 1915(a)(3).

Entry of this order shall constitute the judgment in this action.

It is so ORDERED.


_____
Todd Campbell
United States District Judge